JUSTUS N. WILLIAMS, Respondent, *v.* RENO B. BILLING-
TON et al., Appellants, Impleaded with Others.

*Williams* v. *Billington*, 150 App. Div. 439, appeal dismissed.
(Submitted April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered May 7, 1912, reversing a
judgment in favor of defendants entered upon a dismissal
of the complaint by the court on trial at Special Term
and granting a new trial in an action to have a certain
transfer of stock declared void and for an accounting.

The motion was made upon the ground of failure to
serve the proposed case on appeal.

*Nicholas J. O'Connell* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.